Form:ntindci

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 25−47120−lsg
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Cheryl Kay Scott
   4615 Ramsey Rd.
   Oxford, MI 48371

Social Security No.:
   xxx−xx−9326

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN THAT on **8/14/25**, an order dismissing the above entitled case was entered because the above−captioned individual debtor(s) failed to file the following required papers. Accordingly, the automatic stay is lifted.

- ☐ Application for Individuals to Pay the Filing Fee in Installments
- ☐ Application to Have the Chapter 7 Filing Fee Waived
- ☐ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Petition Preparers Notice, Declaration, and Signature
- ☐ Certificate of Budget and Credit Counseling
- ☐ Chapter 7 Statement of Your Current Monthly Income Form 122A−1
- ☑ Chapter 13 Plan
- ☑ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C−1
- ☑ Declaration About an Individual Debtor(s) Schedules
- ☐ Declaration under Penalty of Perjury without an Attorney
- ☐ Initial Statement About an Eviction Judgment Against You
- ☑ List of Creditors
- ☐ Schedule A/B Property
- ☐ Schedule C The Property You Claim as Exempt − Debtor
- ☐ Schedule C The Property You Claim as Exempt − Joint Debtor
- ☐ Schedule D Creditors Who Have Claims Secured by Property
- ☐ Schedule E/F Creditors Who Have Unsecured Claims
- ☐ Schedule G Executory Contracts and Unexpired Leases
- ☐ Schedule H Your Codebtors
- ☐ Schedule I Your Income
- ☐ Schedule J Your Expenses
- ☐ Schedule J−2 Expenses for Separate Household of Debtor 2
- ☑ Schedules A−J

- ☐ Statement About Your Social Security Numbers
- ☐ Statement of Attorney for Debtor(s) Pursuant to F.R.Bankr.P.2016(b)
- ☑ Statement of Financial Affairs for Individuals Filing for Bankruptcy
- ☑ Summary of Your Assets and Liabilities and Certains Statistical Information

Dated: 8/14/25

                                                BY THE COURT

                                                Todd M. Stickle, Clerk of Court
                                                U.S. Bankruptcy Court